IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD JOSE DUPREE, JR.,

        Plaintiff,                      No. CIV S-11-2376 CKD P

    vs.

DALE A. DROZD, et al.,             ORDER AND

        Defendants.               FINDINGS AND RECOMMENDATIONS

_____/

        By an order filed September 15, 2011 plaintiff was ordered to pay the $350.00 filing fee within twenty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed.  The twenty day period has now expired, and plaintiff has not responded to the court's order and has not paid the filing fee.  Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

        IT IS HEREBY ORDERED that the Clerk shall assign a district judge to this case.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-one days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections

shall be served and filed within fourteen days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: October 27, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

de
dupr2376.fff